UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KHALENYA ZHANE ALBERTHA CARTY,

                Plaintiff,                       22 **CIVIL** 1192 (CS)(JCM)

      -v-                                          **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated January 20, 2023, that the action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings including the opportunity for a new hearing.

**Dated:** New York, New York
          January 20, 2023

                                                                     **RUBY J. KRAJICK**

                                                                      **Clerk of Court**

                                        **BY:**      *K. Mango*

                                                                        **Deputy Clerk**